## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                          )
                                )        CASE NO. 10-16379
CARL MEYERS,                    )        HON. BARNES
                                )        CHAPTER 7
                                )
        DEBTOR                  )

### NOTICE OF AMENDED MOTION

TO:     Phillip D. Levey, Chapter 7 Trustee, 2722 N. Racine Ave., Chicago, IL 60614 –
        Via electronic notice; and

        Carl T Meyers, Debtor, 11236 S Spaulding Ave., Chicago, IL 60655 – via First
        Class US Mail;


        Please take notice that on Tuesday, November 26, 2013 at 10:00 a.m. I shall appear
before the Honorable Timothy A. Barnes, or any judge sitting in his stead, in room 613 in the
Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois and present the attached motion
and you may appear if you so choose.

### PROOF OF SERVICE

The undersigned, an attorney, certifies that he sent the attached motion on November 19, 2013 to
the parties listed above in the manners specified.



/s/ *Nicholas Perino*
Attorney for Debtor
Swanson & Desai, LLC
670 W. Hubbard St., 2nd Floor
Chicago, IL 60654
(312) 850-3328

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                )
                                      )          CASE NO. 10-16379
CARL MEYERS,                          )          HON. BARNES
                                      )          CHAPTER 7
                                      )
          DEBTOR                      )


### AMENDED MOTION OF ATTORNEYS FOR DEBTOR FOR COMPENSATION

NOW COMES the Movant, Swanson & Desai, LLC, and moves this Honorable Court to award attorney fees in the amount of $2,585.00.  In so moving, the Movant state as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. That Debtor filed a petition for relief pursuant to Chapter 7 Title 11 U.S.C. on April 13, 2010.

3. A report of no distribution was filed on May 31, 2010.  Debtor received a discharge on July 28, 2010 and the case closed on August 2, 2010.

4. From the point the case was filed until through case closing on August 2, 2010, counsel for the Debtor was Legal Helpers, PC.

5. Almost two years later, on July 7, 2012, Debtor moved to reopen his bankruptcy to amend his schedules and statements to disclose an asset that had not been listed in his prior filings.

6. The motion to reopen was granted on July 18, 2012.

7. On August 1, 2012, Debtor retained Swanson & Desai, LLC, movant, to represent

him in the case as it moved forward.

8.     Debtor agreed to pay movant a retainer of $25.00 and be billed at an hourly rate

of $275.00 per hour for representation in the case.

9.     Movant has billed $2,585.00 in time expended in this case.  See attached Exhibit

A.

10.    Moving wishes this Court enter an order approving compensation.


WHEREFORE, the Movant, prays this Honorable Court for the following relief:

A.  That this Honorable Court enter an order allowing fees to Movant in the amount

of $2,585.00, and

B.  For any and all other relief this Court deems just and fair.


Respectfully Submitted,

/s/ Nicholas Perino
Attorney for Debtor
Swanson & Desai, LLC
670 W. Hubbard St., 2nd Floor
Chicago, IL 60654
(312) 850-3328