**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 10-16379 |
| CARL MEYERS, | ) | HON. BARNES |
| | ) | CHAPTER 7 |
| | ) | |
| DEBTOR | ) | |

## EXHIBIT A – FEE ITEMIZATION

**08/01/2012**:  Met with client, retained client, reviewed file and case history, filed appearance and filed amended schedules on behalf of client. (1.75 hrs.)  KCS & MD.

**08/02/2012**: Case law and statute look up and review.  (0.5 hrs.) KCS.

**08/07/2012**: Call to Trustee concerning case issues. (0.25 hrs.) KCS.

**08/15/2012**: Retrieved 341 re-notice, docketed, drafted letter and made call to client concerning date of said meeting.  (0.25 hrs.) KCS.

**08/17/12**: Reviewed client's State Court affirmative Defense motion filed against him.  (0.5 hrs.) KCS.

**08/20/2012**: Retrieved CV of Marni Willenson, reviewed and submitted to Trustee per his request.  (0.2 hrs.) KCS.

**08/29/2012**: Reviewed and appeared on Trustee motion to employ Marni Willenson as special counsel.  (0.5 hrs.) KCS.

**09/06/2012**: Meeting with Trustee Levey and Marni Willenson concerning case matters.  (1.5 hrs.) KCS.

**09/07/2012**: 314 meeting attended, discussed amendments to be filed and next steps with client in case.  (0.5 hrs.) KCS.

**09/14/2012**: Drafted, reviewed and filed amendments for the case.  (0.3 hrs.) KCS.

**11/20/2012**: Met with client to sign documents and reviewed case law concerning matters with client's State Court case and the Bankruptcy estate.  (0.75 hrs.) MD.

**12/18/2012**: Drafted, filed and appeared on motion to vacate Debtor's original discharge.  (1.0 hrs.) KCS.

**09/30/2013**: Call from Trustee and call to client concerning State Court Settlement and its effects on Bankruptcy Estate and case.  (0.5 hrs.) KCS.

**10/03/2013**: Call from Marni Willenson concerning case matters and subsequent review of case law requested to be reviewed by Marni Willenson.  (0.5 hrs.) KCS.

**10/07/2013**: Call from Tee and then subsequent call to client concerning next steps of the case.  (0.4 hrs.) KCS.

---

-KCS = Attorney KC Swanson           -MD = Attorney Mehul Desai

Total hours expended: 9.4 x $275.00 per hour = $2,585.00

Attorney Time (Hours): 9.4
Hourly Rate: $275.00
Fees Earned: $2,585.00
Retainer Paid: $25.00
**Outstanding Balance: $2,560.00**

Respectfully Submitted,

/s/ *Nicholas Perino*
Attorney for Debtor
Swanson & Desai, LLC
670 W. Hubbard St., 2nd Floor
Chicago, IL 60654
(312) 850-3328