UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   10-16379 |
| | ) | |
| Carl T. Meyers, | ) | Chapter: 7 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER APPROVING TRUSTEE'S MOTION TO COMPROMISE
## AND SETTLE MEYERS V. PRECISE AMBULANCE SERVICE, LLC, ET AL.

On the motion of Phillip D. Levey, trustee herein, for leave to compromise and settle claims which are the subject of the lawsuit entitled Carl T. Meyers v. Precise Ambulance Service, LLC, et al., Case No. 11 C 4978, now pending and undetermined in the United States District Court for the Northern District of Illinois, Eastern Division, and pay attorney's fees and reimbursement of costs advanced to special counsel Marni Willenson of Chicago, Illinois, in connection therewith; due notice having been given to all creditors, the debtor, the Office of The U.S. Trustee and other parties in interest; no objections to said motion having been filed; on the basis of such motion, the Court finds that a controversy exists and that there is good cause for compromising the same by the defendant in said action paying the sum of $160,000.00 in full and final settlement of said action; and now therefore, it is

ORDERED, that Phillip D. Levey, trustee herein, be and he hereby is authorized and empowered to settle and compromise the aforesaid cause of action on the above terms as more fully set forth in said motion; and it is further

ORDERED, that Phillip D. Levey, trustee herein, be and he hereby is authorized and empowered to pay Marni Willenson the sum of $56,000.00 as and for attorney fees as special counsel to the trustee and the sum of $43,971.04 as and for reimbursement of costs advanced in the aforesaid action; AND IT IS FURTHER ORDERED, THAT THE AFORESAID MOTION SHALL SERVE AS THE FINAL FEE APPLICATION OF MARNI WILLESON IN COMPLIANCE WITH THIS COURT'S ORDER OF NOVEMBER 21, 2012, AUTHORIZING HER RETENTION, IN LIEU OF HER FILING A SEPARATE FINAL FEE APPLICATION IN THIS MATTER.

Dated:                                                                  United States Bankruptcy Judge

Enter:

4 DEC 2013

**Prepared by:**
Phillip D. Levey
2722 North Racine Avenue
Chicago, IL  60614
773-348-9682

# EXHIBIT A

| Date | Client Name | Project | Expense Type | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| 7/22/2011 | Carl Meyers | Precise Ambulance | Court Filing Fees | | $350.00 |
| 7/9/2012 | Carl Meyers | Precise Ambulance | Court Filing Fees | | $260.00 |
| | | | | Total Court Filing Fees | $610.00 |
| | | | | | |
| 9/5/2012 | Carl Meyers | Precise Ambulance | Court Reporting/Transcripts | | $1,270.60 |
| 9/5/2012 | Carl Meyers | Precise Ambulance | Court Reporting/Transcripts | | $81.50 |
| 9/24/2012 | Carl Meyers | Precise Ambulance | Court Reporting/Transcripts | | $394.30 |
| 12/3/2012 | Carl Meyers | Precise Ambulance | Court Reporting/Transcripts | | $84.70 |
| 2/20/2012 | Carl Meyers | Precise Ambulance | Court Reporting/Transcripts | | $67.90 |
| 6/26/2013 | Carl Meyers | Precise Ambulance | Court Reporting/Transcripts | | $7.20 |
| | | | | Total CR/Transcripts | $1,906.20 |
| | | | | | |
| 12/27/2011 | Carl Meyers | Precise Ambulance | Experts | | $2,500.00 |
| 2/25/2012 | Carl Meyers | Precise Ambulance | Experts | | $2,000.00 |
| 4/5/2012 | Carl Meyers | Precise Ambulance | Experts | | $1,125.00 |
| 7/5/2012 | Carl Meyers | Precise Ambulance | Experts | | $11,491.66 |
| 9/10/2012 | Carl Meyers | Precise Ambulance | Experts | | $4,450.00 |
| 9/19/2012 | Carl Meyers | Precise Ambulance | Experts | | $4,000.00 |
| 5/8/2013 | Carl Meyers | Precise Ambulance | Experts | | $15,804.18 |
| | | | | Total Experts | $41,370.84 |
| | | | | | |
| 9/28/2012 | Carl Meyers | Precise Ambulance | Meals | | $9.02 |
| | | | | Total Meals | N/C |
| | | | | | |
| 11/30/2012 | Carl Meyers | Precise Ambulance | Photocopies | | $84.00 |
| | | | | Total Outside Copy Charges | $84.00 |
| | | | | | |
| 5/19/2010 | Carl Meyers | Precise Ambulance | Postage & Delivery | | $0.61 |
| 5/19/2010 | Carl Meyers | Precise Ambulance | Postage & Delivery | EEOC charge -- certified mail | $3.24 |
| 4/15/2011 | Carl Meyers | Precise Ambulance | Postage & Delivery | | $0.88 |
| 7/27/2011 | Carl Meyers | Precise Ambulance | Postage & Delivery | | $1.04 |
| 11/10/2011 | Carl Meyers | Precise Ambulance | Postage & Delivery | | $0.88 |
| 12/19/2011 | Carl Meyers | Precise Ambulance | Postage & Delivery | | $0.88 |

| Date | Client Name | Project | Expense Type | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| 2/7/2012 | Carl Meyers | Precise Ambulance | Postage & Delivery | | $1.30 |
| 6/13/2012 | Carl Meyers | Precise Ambulance | Postage & Delivery | | $1.10 |
| 6/29/2012 | Carl Meyers | Precise Ambulance | Postage & Delivery | | $1.90 |
| 10/31/2012 | Carl Meyers | Precise Ambulance | Postage & Delivery | | $0.45 |
| 11/14/2012 | Carl Meyers | Precise Ambulance | Postage & Delivery | | $0.45 |
| | | | | Total Postage & Delivery | N/C |
| | | | | Total Claim for Costs | $43,971.04 |

Jerry Saperstein
Computer Forensic Specialist
2009 Harrison St.
Evanston IL 60201
847-475-7645   jerry@civildiscovery.com
IRS EIN 27-2764488

February 22, 2012
Invoice Number: 1029

Marni Willenson
Willenson Law, LLC
542 S. Dearborn St., Ste. 610
Chicago, IL 60605

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 12/22/2011 | Retainer<br>Retainer for ten (10) hours work in imaging and examining hard dives and other computer storage media related to Meyers v Precise Ambulance. | | | ($2,500.00) |
| 1/3/2012 | Various Activities<br>Phone (42 minutes). Create EnCase Evidence files (30 minutes) | 1.25 | $250.00 | $312.50 |
| 1/4/2012 | Data Processing and Analysis<br>Examinwe 3rd Drive. Collect photos. Check creation dates. | 1.00 | $250.00 | $250.00 |
| 1/8/2012 | Phone Conference<br>Phone with Marni Willenson | 0.25 | $250.00 | $62.50 |
| 1/9/2012 | Phone Conference<br>Phone with Marni Willenson (37 min). Review and comment on documents (15 mins) | 1.00 | $250.00 | $250.00 |
| 1/17/2012 | Data Processing and Analysis<br>Review contents of external drive and 7 CD/DVDs. | 1.50 | $250.00 | $375.00 |
| 1/17/2012 | Various Activities<br>Phone with Marni (21 mins). Second call (29 min). Data analysis (24 min) | 1.25 | $250.00 | $312.50 |
| 1/18/2012 | Phone Conference<br>Phone with Marni Willenson about inspection | 1.50 | $250.00 | $375.00 |
| 1/29/2012 | Data Processing and Analysis<br>Examine 2nd image. 2 emails to Marni Willenson. Conduct and review 8 searches. | 3.50 | $250.00 | $875.00 |
| 1/30/2012 | Data Analysis<br>Continue review of External USB Drive. | 1.00 | $250.00 | $250.00 |
| 1/30/2012 | Phone Conference<br>Phone conference with Marni Willenson | 1.00 | $250.00 | $250.00 |
| 2/6/2012 | Phone Conference<br>Phone with Marni Willenson | 0.50 | $250.00 | $125.00 |
| 2/7/2012 | Document Review<br>Draft revisions to order. research. | 1.50 | $250.00 | $375.00 |
| 2/8/2012 | Document Review<br>Draft revisions and declaration | 3.50 | $250.00 | $875.00 |
| 2/13/2012 | Phone Conference<br>Phone with Marni Willenson | 1.50 | $250.00 | $375.00 |
| 2/13/2012 | Various Activities<br>Phone with Marni Willenson and document review | 1.50 | $250.00 | $375.00 |
| 2/16/2012 | Data Analysis<br>Review CD/DVD images | 0.75 | $250.00 | $187.50 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
|  | Amount Due | 22.50 |  | $3,125.00 |

**Jerry Saperstein**
**2009 Harrison St.**
**Evanston IL 60201**
**847-475-7645**
**jerry@civildiscovery.com**

June 01, 2012
Invoice Number: 1006

Marni Willenson
Willenson Law, LLC
542 S. Dearborn St., Ste. 610
Chicago, IL 60605

Matter: [Meyers v Precise Ambulance 02]

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| | Previous Balance | | | | $0.00 |
| 3/12/2012 | Phone Conference<br>Phone calls with Marni Willenson (0 mins) and conference call with ADP (28 mins) | 0.63 | $250.00 | $0.00 | $158.33 |
| 4/20/2012 | Phone Conference<br>Phone with Marni Willenson | 0.87 | $250.00 | $0.00 | $216.67 |
| 4/25/2012 | Phone Conference<br>Phone with Marni Willenson | 0.80 | $250.00 | $0.00 | $200.00 |
| 4/26/2012 | Inspection<br>Review contents of Items 00, 010 and 013 | 1.00 | $250.00 | $0.00 | $250.00 |
| 4/26/2012 | Phone Conference<br>Phone with Marni Willenson | 0.53 | $250.00 | $0.00 | $133.33 |
| 4/27/2012 | Phone Conference<br>Phone with Marni Willenson | 0.80 | $250.00 | $0.00 | $200.00 |
| 5/9/2012 | Inspection<br>Inspect contents of Items 010 and 013. Draft comments re Jennifer Murphy 4/19 email | 3.00 | $250.00 | $0.00 | $750.00 |
| 5/10/2012 | Document Review<br>Review draft letter | 0.25 | $250.00 | $0.00 | $62.50 |
| 5/11/2012 | Phone Conference<br>Phone with Marni Willenson | 0.45 | $250.00 | $0.00 | $112.50 |
| 5/14/2012 | Various Activities<br>Meet with Marni Willenson (1h 5 mins). 1 hr review Item 003 | 2.08 | $250.00 | $0.00 | $520.83 |
| 5/17/2012 | Phone Conference<br>Phone confrerence with Marni Willenson | 0.42 | $250.00 | $0.00 | $104.17 |
| 5/21/2012 | Draft documents<br>Work on drafting report | 1.00 | $250.00 | $0.00 | $250.00 |
| 5/22/2012 | Draft documents<br>Continue drafting response | 2.00 | $250.00 | $0.00 | $500.00 |
| 5/23/2012 | Draft documents<br>Work on report | 1.50 | $250.00 | $0.00 | $375.00 |
| 5/23/2012 | Phone Conference<br>Phone with Marni Willenson | 0.40 | $250.00 | $0.00 | $100.00 |
| 5/24/2012 | Draft documents<br>Continue drafting report | 3.00 | $250.00 | $0.00 | $750.00 |
| 5/24/2012 | Phone Conference<br>Phone with Marni Willenson | 0.50 | $250.00 | $0.00 | $125.00 |
| 5/29/2012 | Draft documents<br>Review draft of report. Continue working on report. | 0.75 | $250.00 | $0.00 | $187.50 |
| 5/30/2012 | Draft documents<br>Continue working on Meyers External Hard Drive section of report. | 3.50 | $250.00 | $0.00 | $875.00 |

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| 5/31/2012 | Data Analysis<br>Review remaining entries of Item 001. Plan handling of balance of report on this item. | 1.00 | $250.00 | $0.00 | $250.00 |
| | Amount Due | 24.48 | | | $6,120.83 |

**Jerry Saperstein**
**2009 Harrison St.**
**Evanston IL 60201**
**847-475-7645**
**jerry@civildiscovery.com**
**EIN 27-2764488**

July 02, 2012
Invoice Number: 1018

Marni Willenson
Willenson Law, LLC
542 S. Dearborn St., Ste. 610
Chicago, IL 60605

Matter: [Meyers v Precise 03]

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| | Previous Balance | | | $0.00 |
| 6/1/2012 | Draft documents<br>Items 001 and 010. Review Meyers images. Calculate dates. Begin drafting report. | 2.00 | $250.00 | $500.00 |
| 6/2/2012 | Draft documents<br>Draft report on Item 001. | 3.00 | $250.00 | $750.00 |
| 6/3/2012 | Draft documents<br>Research CD specification and writing in conjunction with drafting report on Items 003-009. | 3.00 | $250.00 | $750.00 |
| 6/5/2012 | Draft documents<br>Work on report | 1.00 | $250.00 | $250.00 |
| 6/7/2012 | Draft documents<br>Work on report concerning Item 010 | 2.00 | $250.00 | $500.00 |
| 6/8/2012 | Draft documents<br>Work on report about Item 013 | 0.75 | $250.00 | $187.50 |
| 6/10/2012 | Draft documents<br>Work on report concerning Item 013 | 0.75 | $250.00 | $187.50 |
| 6/12/2012 | Draft documents<br>Review Microsoft Word file specifications. Add to report on Item 010. | 0.25 | $250.00 | $62.50 |
| 6/18/2012 | Draft documents<br>Review Microsoft Word specifications. Add to report regarding April 19 letter and Item 010. | 0.75 | $250.00 | $187.50 |
| 6/19/2012 | Draft documents<br>Further research on Microsoft Word file specification sand Word behavior. Continue working on report. | 4.00 | $250.00 | $1,000.00 |
| 6/20/2012 | Draft documents<br>Continue research on general Word properties | 0.50 | $250.00 | $125.00 |
| 6/20/2012 | Phone Conference<br>Phone with Marni Willenson | 0.98 | $250.00 | $245.83 |
| 6/26/2012 | Draft documents<br>Continue drafting report on Word document | 1.50 | $250.00 | $375.00 |
| 6/27/2012 | Draft documents<br>Continue drafting Word document report. | 1.00 | $250.00 | $250.00 |
| | Amount Due | 21.48 | | $5,370.83 |

Thank You! - Balance is due upon receipt
1.5% interest per month on unpaid balances

Page 1

**Jerry Saperstein**
**2009 Harrison St.**
**Evanston IL 60201**
**847-475-7645**
**jerry@civildiscovery.com**
**EIN 27-2764488**

August 21, 2012
Invoice Number: 1020

Marni Willenson
Willenson Law, LLC
542 S. Dearborn St., Ste. 610
Chicago, IL 60605

Matter: [Meyers v Precise 05]

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| | Previous Balance | | | $0.00 |
| 7/11/2012 | Various<br>Phone with Marni Willenson (36 minutes). Transfer data to 500GB gard drive. Old drive failing. (30 minutes). | 1.10 | $250.00 | $275.00 |
| 7/13/2012 | Data Analysis<br>Process data re Swanson, Malinowski, Falco, Hoffman, Morrin, Root and Teel. | 0.78 | $250.00 | $195.83 |
| 7/23/2012 | Data Analysis<br>Compare Items 002, 010, 014, 015 | 0.50 | $250.00 | $125.00 |
| 7/24/2012 | Various<br>Work on report. Review Items 014 & 015 | 2.00 | $250.00 | $500.00 |
| 7/25/2012 | Phone Conference<br>Phone with Marni Willenson | 1.40 | $250.00 | $350.00 |
| 7/26/2012 | Data Analysis<br>Search for "disarray". Evaluate results. | 1.50 | $250.00 | $375.00 |
| 7/27/2012 | Data Analysis<br>Run searches. Analyze search results. Three phone calls with Marni Willenson. | 4.00 | $250.00 | $1,000.00 |
| 7/29/2012 | Data Analysis<br>Analyze differences between Items 002 & 010. | 1.00 | $250.00 | $250.00 |
| 8/3/2012 | Phone Conference<br>Phone with Marni Willenson | 0.70 | $250.00 | $175.00 |
| 8/4/2012 | Data Analysis<br>Review 25,000 images from Items 010, 014, 015 | 2.00 | $250.00 | $500.00 |
| 8/5/2012 | Data Analysis<br>Locate email datastores | 0.50 | $250.00 | $125.00 |
| 8/5/2012 | Phone Conference<br>Phone with Marni Willenson | 1.48 | $250.00 | $370.83 |
| 8/6/2012 | Data Analysis<br>Recover Item 001 and review. | 1.50 | $250.00 | $375.00 |
| 8/7/2012 | Data Analysis<br>Process 001. Process OST and PST conversion. Process MDB extraction. | 1.50 | $250.00 | $375.00 |
| 8/7/2012 | Phone Conference<br>Phone with Marni Illenson | 0.77 | $250.00 | $191.67 |
| 8/7/2012 | Phone Conference<br>Phone with Marni Willenson | 0.30 | $250.00 | $75.00 |
| 8/7/2012 | Phone Conference<br>Phone with Marni Willenson | 0.95 | $250.00 | $237.50 |
| 8/8/2012 | Deposition<br>Attend Sisk deposition, 12N - 4:49 PM | 4.82 | $250.00 | $1,204.17 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 8/12/2012 | Data Analysis<br>Process email from MDB | 3.00 | $250.00 | $750.00 |
| 8/14/2012 | Data Analysis<br>Research MS-Word document. | 2.00 | $250.00 | $500.00 |
| 8/15/2012 | Data Analysis<br>Research Autorun and Autoplay. | 2.00 | $250.00 | $500.00 |
| | Amount Due | 33.80 | | $8,450.00 |

Thank You! - Balance is due upon receipt
1.5% interest per month on unpaid balances

**Jerry Saperstein**
**2009 Harrison St.**
**Evanston IL 60201**
**847-475-7645**
**jerry@civildiscovery.com**

**EIN 27-2764488**

---

May 08, 2013
Invoice Number: 1063

Marni Willenson
Willenson Law, LLC
542 S. Dearborn St., Ste. 610
Chicago, IL 60605

Matter: [Meyers v Precise 06]

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| | Previous Balance | | | $0.00 |
| 12/14/2012 | Phone Conference<br>Phone with Marni | 0.12 | $250.00 | $29.17 |
| 1/17/2013 | Phone Conference<br>Phone with Marni | 0.42 | $250.00 | $104.17 |
| 1/25/2013 | Various Activities<br>Gather photos in response to Interrogatories 6 & 7. Email Marni. | 1.00 | $250.00 | $250.00 |
| 2/5/2013 | Various Activities<br>Burn CDs with responses to Interrogatories 6 & 7 | 0.25 | $250.00 | $62.50 |
| 2/6/2013 | Phone Conference<br>Phonen with Marni | 0.17 | $250.00 | $41.67 |
| 2/16/2013 | Phone Conference<br>Phone with Marni | 0.50 | $250.00 | $125.00 |
| 2/20/2013 | Draft Document(s)<br>Draft report | 6.50 | $250.00 | $1,625.00 |
| 2/20/2013 | Draft Document(s)<br>Work on draft report | 3.00 | $250.00 | $750.00 |
| 2/21/2013 | Draft Document(s)<br>Continue drafting report. Review Sisk dep. | 3.50 | $250.00 | $875.00 |
| 3/7/2013 | Phone Conference<br>Phone with Marni | 0.60 | $250.00 | $150.00 |
| 3/15/2013 | Draft Document(s)<br>Work on draft report | 2.00 | $250.00 | $500.00 |
| 3/19/2013 | Draft Document(s)<br>Draft report | 3.00 | $250.00 | $750.00 |
| 3/31/2013 | Various Activities<br>Research. Run reports on KEMS, Firehous, DBF files, NAS, Precise 01. Review Sisk dep. | 3.00 | $250.00 | $750.00 |
| 4/1/2013 | Various Activities<br>Review cookies and artifacts for RMORRIN and CMEYERS. | 2.00 | $250.00 | $500.00 |
| 4/3/2013 | Various Activities<br>Review draft | 1.00 | $250.00 | $250.00 |
| 4/5/2013 | Various Activities<br>Draft report. Research RMORRIN and XNXX.com | 2.00 | $250.00 | $500.00 |
| 4/6/2013 | Draft Document(s)<br>Continue draft report | 2.00 | $250.00 | $500.00 |
| 4/7/2013 | Draft Document(s)<br>Continue work on report. Review Sisk and Morrin deps. | 7.00 | $250.00 | $1,750.00 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 4/8/2013 | Various Activities<br>Track audio files. Continue drafting report. | 3.00 | $250.00 | $750.00 |
| 4/9/2013 | Phone Conference<br>Phone with Marni | 0.42 | $250.00 | $104.17 |
| 4/9/2013 | Various Activities<br>Continue work on audio and drafting report. | 5.00 | $250.00 | $1,250.00 |
| 4/10/2013 | Various Activities<br>Draft Morrin section. Research Cherry Popper. | 3.00 | $250.00 | $750.00 |
| 4/16/2013 | Various Activities<br>Draft spoliation section. Review Items 001, 010, 015. | 4.00 | $250.00 | $1,000.00 |
| 4/17/2013 | Draft Document(s)<br>Edit and revise draft | 4.00 | $250.00 | $1,000.00 |
| 4/18/2013 | Draft Document(s)<br>Draft and revise | 3.00 | $250.00 | $750.00 |
| 4/25/2013 | Draft Document(s)<br>Final edit and revisions. | 2.75 | $250.00 | $687.50 |
| | Amount Due | 63.23 | | $15,804.18 |