UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
Carl T. Meyers,                           )    Case No. 10 B 16379
                                          )
       Debtor.                            )

## NOTICE OF MOTION

Office Of U.S. Trustee
219 South Dearborn Street-Suite 873
Chicago, IL 60604

Mehul D Desai
Swanson & Desai, LLC
670 W. Hubbard St. - Suite 202
Chicago, IL 60654

   PLEASE TAKE NOTICE that on December 17, 2013, at the hour of 10:00 a.m., or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Timothy A. Barnes, Bankruptcy Judge, in Courtroom No. 613, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Trustee's Application to Employ Accountant.
   At which time and place you may appear if you see fit.

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

## CERTIFICATE OF SERVICE

   I, Phillip D. Levey, an attorney, certify that on December 11, 2013, I served the aforesaid Notice of Motion and the Motion described therein on the U.S. Trustee and Mehul D Desai via ECF and on the remaining aforesaid persons, if any, by depositing the same in the U.S. Mail in envelopes, with proper postage prepaid.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Carl T. Meyers, | ) | Case No. 10 B 16379 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT

Phillip D. Levey, trustee herein, respectfully represents as follows:

1. Applicant is the duly appointed, qualified and acting trustee in this Chapter 7 case.

2. To perform his duties as trustee, your applicant requires the services of an accountant to review the books and records of the debtor, report to the trustee regarding the same and to file necessary tax returns.

3. Applicant has discussed with Ms. Lois West, a Certified Public Accountant practicing with the firm of Popowcer Katten, Ltd. of Chicago, Illinois, her availability to be employed as the trustee's accountant in this case and to perform the services required by this estate.

4. For the foregoing and all other necessary and proper purposes, applicant desires to retain Ms. West and Popowcer Katten, Ltd. as his accountant in this case.

5. Applicant has attempted to determine whether Ms. West and the firm of Popowcer Katten, Ltd. are disinterested persons within the meaning of 11 U.S.C. Section 101(14). Attached hereto and made a part hereof is the Affidavit of Ms. West supporting applicant's conclusion that she and Popowcer Katten, Ltd. are disinterested persons within the meaning of 11 U.S.C. Section 101(14).

WHEREFORE, applicant requests that he be authorized to employ Ms. Lois West and the firm of Popowcer Katten, Ltd. as his accountants to render services as described in the foregoing

Application on the aforesaid terms with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

_____
Trustee

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: CARL T. MEYERS           )    CHAPTER 7
                                )
                                )    CASE NO. 10-16379
                                )
          DEBTOR                )
                                )    HON. TIMOTHY A. BARNES
                                )

### AFFIDAVIT OF LOIS WEST

STATE OF ILLINOIS )
                  )
COUNTY OF COOK )

I, Lois West, being first duly sworn on oath, depose and state:

1. I am a certified public accountant licensed by the State of Illinois, and a principal in the Corporate Recovery Services department at the accounting firm of Popowcer Katten, Ltd. ("PK") located at 35 East Wacker Drive, Suite 1550, Chicago, Illinois 60601-2207. This affidavit is offered in support of the Trustee's Application to Employ Accountants. The matters set forth herein are true and correct to the best of my knowledge and belief.

2. To the best of my knowledge, neither I, Popowcer Katten, Ltd., nor any employee or partner of Popowcer Katten, Ltd., hold or represent an interest adverse to the debtor or its estate within the meaning of Section 327(a) of the Bankruptcy Code.

3. To the best of my knowledge, I, Popowcer Katten, Ltd., and all of its employees are disinterested as that term is defined in Section 101(14) of the Bankruptcy Code and used in Section 327(a).

4. To the best of my knowledge, neither I, Popowcer Katten, Ltd., nor any of its employees or owners have any connections with the debtor, its creditors, the Trustee, the United States Trustee, any person employed in the office of the United States Trustee, or any other party in interest or their respective attorneys and accountants, within the meaning of Fed. R. Bankr. P. 2014(a), other than those set forth below:

    a. PK and I have provided accounting and tax services in the past for Mr. Phillip Levey in connection with other Chapter 7 cases for which Mr. Levey has been appointed as Trustee.

_____
Lois West

Subscribed and Sworn To
before me this 10TH day
of December, 2013.

_____
Notary Public

**OFFICIAL SEAL
JUDITH A HUGHES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/02/16**

## POPOWCER KATTEN, LTD.

### FEE SCHEDULE

| | |
|---|---|
| TAX PARTNERS | $290 - $315 |
| MANAGERS | $225 - $265 |
| SUPERVISORS | $190 - $225 |
| STAFF | $160 - $175 |
| PARAPROFESSIONALS | $140 - $160 |