**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 10-16379 |
| Carl T. Meyers, | ) | HON. Barnes |
| | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | |

TO:   Phillip D. Levey, Chapter & Trustee, 2722 N. Racine Ave, Chicago, IL 60614, via electronic Court notification;

Carl T. Meyers, Debtor, 11236 S. Spaulding Ave., Chicago, IL 60655, First Class US Mail.

**Notice of Withdrawal**

Please take notice that on December 16, 2013, I have caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn Street, Chicago, IL 60604, the notice of withdrawal of the Notice of Motion and Application for Compensation filed by Nicholas R. Perino on behalf of Swanson & Desai, LLC, docket entry number 63.

**PROOF OF SERVICE**

The undersigned certifies that he served a copy of this notice to the above named addressed by first class mail, postage prepaid, from the mailbox located at 670 W. Hubbard St, Ste. 202, Chicago, IL 60654, or otherwise via the methods listed above, on December 16, 2013.

/s/ Mehul D. Desai
Swanson & Desai, LLC
670 W. Hubbard St., Ste. 202
Chicago, IL 60654
(312) 666-7882