**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
|     Carl T. Meyers, ) | Case No. 10 B 16379 |
| ) | Hon. Timothy A. Barnes |
| ) | Chapter 7 |
|     DEBTOR. ) | |

**Notice of Motion**

TO: Phillip D. Levey ESQ, 2722 N Racine Avenue, Chicago, IL 60614 via electronic Court notification;

Carl T. Meyers 11236 S Spaulding, Chicago, IL 60655 via First Class Mail;

Nisha B. Parikh, Freedman, Anselmo, Lindberg, 1771 W Diehl Rd, Ste 150, Naperville, IL 60563 representing Carl T. Meyers via electronic Court notification;

Gloria C. Tsotsos, Codilis & Associates PC, 15W30 N Frontage Rd, Ste 100, Burr Ridge, IL 60527 representing BAC Home Loans Servicing LP via electronic Court Notification; and

Marni Willenson, Willenson Law LLC, 542 S Dearborn St, Ste 610, Chicago, IL 60605 representing Carl T. Meyers via electronic Court notification; and

See Creditors on attached Service List via First Class Mail.

    PLEASE TAKE NOTICE that on March 25, 2014, at 10:00 am, I shall appear before the Honorable Judge Timothy A. Barnes, or any Judge sitting in his place and stead, in Courtroom 613 in The Dirksen Federal Building located at 219 S Dearborn Street, Chicago, Illinois 60604 and present the attached motion and you may appear if you so choose.

**PROOF OF SERVICE**

    The undersigned, an attorney, certifies that a copy of the attached notice and motion was served to the above named addressees via first class mail, postage prepaid, at the mailbox located at 670 W. Hubbard St., Chicago, IL 60654 or via the methods listed above on March 13, 2014.

/s/ Mehul D. Desai
Attorney for Debtor
Swanson & Desai, LLC
670 W. Hubbard St, Ste 202
Chicago, IL 60654
(312) 666-7882

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 10-16379<br>Northern District of Illinois<br>Chicago<br>Thu Mar 13 10:42:25 CDT 2014 | BAC Home Loans Servicing L.P.<br>c/o Codilis and Associates<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527-6921 | E-Loan Bank c/o SST, Inc.<br>4315 Pickett Road<br>St. Joseph, MO 64503-1600 |
| Harley-Davidson Credit Corp.<br>PO BOX 829009<br>Dallas, TX 75382-9009 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Advocate Christ Medical Center<br>4440 W 95th St<br>Oak Lawn, IL 60453-2600 |
| American Collections<br>919 Estes Ct<br>Schaumburg, IL 60193-4436 | Angelo Tsakopoulos MD<br>PO Box 1149<br>Matteson, IL 60443-4149 | Carl T Meyers<br>11236 S Spaulding<br>Chicago, IL 60655-2740 |
| Cba Collecttion Bureau<br>Po Box 5013<br>Hayward, CA 94540-5013 | Chase<br>201 N. Walnut St//De1-1027<br>Wilmington, DE 19801-2920 | City of Chicago Ems<br>33589 Treasury Ctr<br>Chicago, IL 60694-3500 |
| Codilis & Associates, P.C.<br>Bankruptcy Department<br>15W030 North Frontage Rd., Ste. 100<br>Burr Ridge, IL 60527-6921 | Com Ed<br>Customer Care Center<br>PO Box 805379<br>Chicago, IL 60680-4179 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn:  Bankruptcy Section<br>Oakbrook Terrace, IL 60181-4204 |
| Corey Bandes Esq<br>19 S LaSalle Suite 707<br>Chicago, IL 60603-1458 | Countrywide Home Lending<br>Attention: Bankruptcy  SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062-5170 | Debroah Meyers<br>PO Box 641097<br>Chicago, IL 60664-1097 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Healthcare Assoc Cr Un<br>1151 E. Warrenville Rd<br>Naperville, IL 60563-9415 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 |
| ML Collier and Co<br>5702 W 111th St<br>Chicago Ridge, IL 60415-2407 | Medical Recovery Specialists, Inc<br>2250 E Devon Ave<br>Suite 352<br>Des Plaines, IL 60018-4519 | Michael D Fine<br>131 S Dearborn St<br>Floor 5<br>Chicago, IL 60603-5571 |
| (p)MARLIN MEDCLR INOVISION<br>507 PRUDENTIAL ROAD<br>HORSHAM PA 19044-2308 | Nco Fin/99<br>Po Box 15636<br>Wilmington, DE 19850-5636 | Nisha B. Parikh<br>Legal Helpers, PC<br>Sears Tower<br>233 S. Wacker Suite 5150<br>Chicago, IL 60606-6371 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Receivables Management Inc. (RMI)/ Mortg<br>Attn: Bankruptcy<br>3348 Ridge Rd<br>Lansing, IL 60438-3112 | Sst/jpmc<br>4315 Pickett Rd<br>Saint Joseph, MO 64503-1600 |

| | | |
|---|---|---|
| Van Ru Credit Corporation<br>4415 S Wendler Dr<br>Bldg B, Suite 200<br>Tempe, AZ 85282-6410 | Wfnnb/roomplace<br>Po Box 2974<br>Shawnee Mission, KS 66201-1374 | Kenneth C Swanson Jr<br>Swanson & Desai, LLC<br>670 W Hubbard St<br>Suite 202<br>Chicago, Il 60654-5541 |
| Mehul D Desai<br>Swanson & Desai, LLC<br>670 W. Hubbard St.<br>Suite 202<br>Chicago, IL 60654-5541 | Nicholas R Perino<br>Swanson $ Desai, LLC<br>670 W. Hubbard Street<br>Suite 202<br>Chicago, IL 60654-5541 | Nisha B Parikh<br>Freedman, Anselmo, Lindberg<br>1771 W Diehl Road<br>Suite 150<br>Naperville, IL 60563-4947 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Phillip D Levey ESQ<br>2722 North Racine Avenue<br>Chicago, IL 60614-1206 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Elan Financial Service<br>Po Box 5229<br>Cincinnati, OH 45201 | Nco Fin/38<br>Po Box 13564<br>Philadelphia, PA 19101 | (d)US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Law Firm of Willenson | (u)Popowcer Katten, Ltd. | (d)Harley Davidson Credit Corp<br>Pob 829009<br>Dallas TX 75382-9009 |
| (d)Harley-Davidson Credit Corp<br>P.O. Box 829009<br>Dallas, TX 75382-9009 | (d)Carl T Meyers<br>11236 S Spaulding<br>Chicago, IL 60655-2740 | (u)Lois West |
| (u)Marni Willenson | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients    7<br>Total                  44 | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
|     Carl T. Meyers, | ) | Case No. 10 B 16379 |
| | ) | Hon. Timothy A. Barnes |
| | ) | Chapter 7 |
| DEBTOR. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

**NOW COMES,** Carl T. Meyers, by and through his attorneys, Swanson and Desai LLC, and moves this Honorable Court to enter an Order permitting Swanson & Desai LLC to withdraw as Debtor's counsel, and in support thereof, states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§ 1334 & 157.  This is a core proceeding pursuant to 28 U.S.C. § 157.

2. The Debtor filed a petition for relief pursuant to Chapter 7 Title 11 U.S.C on April 13, 2010.

3. Debtor's report of no distribution was filed on July 28, 2010.

4. Debtor filed a Motion to reopen Debtor's Chapter 7 Bankruptcy case with Swanson & Desai, LLC on July 9, 2012. Said Motion was granted by this Honorable Court on July 18, 2012.

5. Debtor no longer wishes for Swanson & Desai, LLC to continue to represent Debtor as counsel in the current Bankruptcy case.

6. Debtor respectfully requests this Honorable Court enter an order permitting Swanson & Desai, LLC to withdraw as Debtor's counsel in the current Bankruptcy case.

**WHEREFORE,** Carl T. Meyers, Debtor, respectfully prays this Honorable Court enter an order permitting Swanson & Desai, LLC to withdraw as Debtor's counsel and any further relief this Court deems fair and just.

                        Respectfully Submitted,

                                    /s/ Mehul D. Desai
                                    Attorney for Debtor
                                    Swanson & Desai, LLC
                                    670 W. Hubbard St, Ste 202
                                    Chicago, IL 60654
                                    (312) 666-7882