UNITED STATES BANKRUPTCY COURT
NORTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MEYERS, CARL T | § | Case No. 10-16379 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                Jeffrey P. Allsteadt
                U.S. Bankruptcy Court Clerk
                219 South Dearborn Street- 7th Floor
                Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/30/2014 in Courtroom 613,
                United States Courthouse
                219 South Dearborn Street
                Chicago, Illinois  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Jeffrey P. Allsteadt_____
                                                                      Clerk of The United States Bankruptcy
                                                                             Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
MEYERS, CARL T                      §        Case No. 10-16379
                                    §
             Debtor(s)              §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 160,026.00 |
| and approved disbursements of | $ | 104,611.09 |
| leaving a balance on hand of[1] | $ | 55,414.91 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 10,894.90 | $ 0.00 | $ 10,894.90 |
| Trustee Expenses: Phillip D. Levey | $ 77.40 | $ 0.00 | $ 77.40 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 12,825.00 | $ 0.00 | $ 12,825.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 1,004.50 | $ 0.00 | $ 1,004.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 24,801.80 |
| Remaining Balance | $ 30,613.11 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,063.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company | $ 1,848.63 | $ 0.00 | $ 1,848.63 |
| 000002 | Quantum3 Group LLC as agent for | $ 3,286.87 | $ 0.00 | $ 3,286.87 |
| 000003 | US BANK N.A. | $ 17,927.52 | $ 0.00 | $ 17,927.52 |
| | Total to be paid to timely general unsecured creditors | | $ | 23,063.02 |
| | Remaining Balance | | $ | 7,550.09 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 448.15 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 7,101.94 .

      Prepared By: /s/Phillip D. Levey
                      Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-16379-TAB
Carl T Meyers                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: dwilliams          Page 1 of 2          Date Rcvd: Jul 03, 2014
                             Form ID: pdf006          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2014.
```
db         #+Carl T Meyers,   11236 S Spaulding,    Chicago, IL 60655-2740
15411571    +Advocate Christ Medical Center,    4440 W 95th St,    Oak Lawn, IL 60453-2600
15411572    +American Collections,   919 Estes Ct,    Schaumburg, IL 60193-4436
15411573    +Angelo Tsakopoulos MD,   PO Box 1149,    Matteson, IL 60443-4149
15411574    +Cba Collecttion Bureau,    Po Box 5013,   Hayward, CA 94540-5013
15411575    +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
15411576    +City of Chicago Ems,    33589 Treasury Ctr,   Chicago, IL 60694-3500
15411577    +Codilis & Associates, P.C.,   Bankruptcy Department,    15W030 North Frontage Rd., Ste. 100,
              Burr Ridge, IL 60527-6921
15411579    +Corey Bandes Esq,    19 S LaSalle Suite 707,   Chicago, IL 60603-1458
15411580    +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,    Po Box 5170,
              Simi Valley, CA 93062-5170
15411581    +Debroah Meyers,   PO Box 641097,    Chicago, IL 60664-1097
15411583     Harley Davidson Credit Corp,   Pob 829009,    Dallas TX 75382-9009
21499706     Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,   Chicago IL 60664-0338
15411587    +ML Collier and Co,   5702 W 111th St,    Chicago Ridge, IL 60415-2407
15411586    +Michael D Fine,   131 S Dearborn St,    Floor 5,   Chicago, IL 60603-5571
15411570    +Nisha B. Parikh,   Legal Helpers, PC,    Sears Tower,   233 S. Wacker Suite 5150,
              Chicago, IL 60606-6371
15411590    +Receivables Management Inc. (RMI)/ Mortg,    Attn: Bankruptcy,    3348 Ridge Rd,
              Lansing, IL 60438-3112
15411591    +Sst/jpmc,    4315 Pickett Rd,   Saint Joseph, MO 64503-1600
15411582   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   Elan Financial Service,    Po Box 5229,   Cincinnati, OH 45201)
15411592    +Van Ru Credit Corporation,   4415 S Wendler Dr,    Bldg B, Suite 200,   Tempe, AZ 85282-6410
15411593    +Wfnnb/roomplace,   Po Box 2974,    Shawnee Mission, KS 66201-1374
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15411578    +E-mail/Text: legalcollections@comed.com Jul 04 2014 00:40:06     Com Ed,   Customer Care Center,
              PO Box 805379,   Chicago, IL 60680-4179
15833071    +E-mail/Text: legalcollections@comed.com Jul 04 2014 00:40:06     Commonwealth Edison Company,
              3 Lincoln Center,   Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
15411584    +E-mail/Text: collections@hacu.org Jul 04 2014 00:37:44     Healthcare Assoc Cr Un,
              1151 E. Warrenville Rd,    Naperville, IL 60563-9415
15411588     E-mail/Text: bankruptcydepartment@ncogroup.com Jul 04 2014 00:38:13     Nco Fin/38,
              Po Box 13564,   Philadelphia, PA 19101
15411585    +Fax: 847-227-2151 Jul 04 2014 01:16:07     Medical Recovery Specialists, Inc,    2250 E Devon Ave,
              Suite 352,   Des Plaines, IL 60018-4519
15411589    +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 04 2014 00:38:13     Nco Fin/99,
              Po Box 15636,   Wilmington, DE 19850-5636
19546879     E-mail/Text: bnc-quantum@quantum3group.com Jul 04 2014 00:37:42
              Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                             TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15411569*   +Carl T Meyers,   11236 S Spaulding,    Chicago, IL 60655-2740
15478123*    Harley-Davidson Credit Corp,    P.O. Box 829009,   Dallas, TX 75382-9009
19622161*  ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US BANK N.A.,    BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
              CINCINNATI, OH 45201-5229)
                                                                                   TOTALS: 0, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2014                          Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                   Date Rcvd: Jul 03, 2014
                              Form ID: pdf006              Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2014 at the address(es) listed below:

```
              Gloria C  Tsotsos    on behalf of Creditor    BAC Home Loans Servicing, L.P. nd-two@il.cslegal.com
              Nisha B Parikh    on behalf of Debtor Carl T Meyers nparikh@fal-illinois.com,
               bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
               plevey@ecf.epiqsystems.com
              Phillip D Levey, ESQ    levey47@hotmail.com,  plevey@ecf.epiqsystems.com
                                                                                             TOTAL: 5
```