UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
MEYERS, CARL T § Case No. 10-16379
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062 |  |  |  |  |  |
|  | Sst/jpmc 4315 Pickett Rd Saint Joseph, MO 64503 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| UNITED STATES TREASURY | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| LEVEY, PHILLIP D. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WILLENSON, MARNI | | | | | |
| WILLENSON, MARNI | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Debroah Meyers PO Box 641097 Chicago, IL 60664 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Christ Medical Center 4440 W 95th St Oak Lawn, IL 60453 | | | | | |
| | American Collections 919 Estes Ct Schaumburg, IL 60193 | | | | | |
| | Angelo Tsakopoulos MD PO Box 1149 Matteson, IL 60443 | | | | | |
| | Cba Collecttion Bureau Po Box 5013 Hayward, CA 94540 | | | | | |
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | | | | |
| | City of Chicago Ems 33589 Treasury Ctr Chicago, IL 60694 | | | | | |
| | Codilis & Associates, P.C. Bankruptcy Department 15W030 North Frontage Rd., Ste. 100 Burr Ridge, IL 60527 | | | | | |
| | Com Ed Customer Care Center PO Box 805379 Chicago, IL 60680 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Corey Bandes Esq 19 S LaSalle Suite 707 Chicago, IL 60603 | | | | | |
| | Elan Financial Service Po Box 5229 Cincinnati, OH 45201 | | | | | |
| | Harley Davidson Financial 222 West Adams Suite 200 Chicago, IL 60606 | | | | | |
| | Healthcare Assoc Cr Un 1151 E. Warrenville Rd Naperville, IL 60566 | | | | | |
| | ML Collier and Co 5702 W 111th St Chicago Ridge, IL 60415 | | | | | |
| | Medical Recovery Specialists, Inc 2250 E Devon Ave Suite 352 Des Plaines, IL 60018 | | | | | |
| | Michael D Fine 131 S Dearborn St Floor 5 Chicago, IL 60603 | | | | | |
| | Nco Fin/38 Po Box 13564 Philadelphia, PA 19101 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nco Fin/38 Po Box 13564 Philadelphia, PA 19101 | | | | | |
| | Nco Fin/38 Po Box 13564 Philadelphia, PA 19101 | | | | | |
| | Nco Fin/99 Po Box 15636 Wilmington, DE 19850 | | | | | |
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Van Ru Credit Corporation 4415 S Wendler Dr Bldg B, Suite 200 Tempe, AZ 85282 | | | | | |
| | Wfnnb/roomplace Po Box 2974 Shawnee Mission, KS 66201 | | | | | |
| 000001 | COMMONWEALTH EDISON COMPANY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000003 | US BANK N.A. | | | | | |
| 000005 | HEALTHCARE ASSOCIATES CREDIT UNION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-16379 | TB | Judge: TIMOTHY A. BARNES | Trustee Name: | Phillip D. Levey |
| Case Name: | MEYERS, CARL T | | | Date Filed (f) or Converted (c): | 04/13/10 (f) |
| | | | | 341(a) Meeting Date: | 05/28/10 |
| For Period Ending: | 10/06/14 | | | Claims Bar Date: | 12/10/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE LOCATED AT 11236 S SPAULDING, CHICAGO | 161,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH CHASE | 5.00 | 5.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT WITH TCF | 250.00 | 250.00 | | 0.00 | FA |
| 4. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 5. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 7. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 8. MISCELLANEOUS USED HOUSEHOLD GOODS | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 11. PERSONAL USED CLOTHING | 300.00 | 300.00 | | 0.00 | FA |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 13. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 14. 401(K) PLAN THROUGH EMPLOYER | 0.00 | 0.00 | | 0.00 | FA |
| 15. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 16. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 17. 2009 IRS TAX RETURN USED FOR LIVING NECESSITIES | 6,181.00 | 6,181.00 | | 0.00 | FA |
| 18. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 19. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 20. Trustee v. Precise Ambulance Services (u) Wrongful employment termination action. | 0.00 | 160,000.00 | | 160,000.00 | FA |
| 21. 1995 HARLEY-DAVIDSON WITH 20,000 MILES VALUE PER N | 2,030.00 | 2,030.00 | | 0.00 | FA |
| 22. 1999 HARLEY-DAVIDSON CLASSIC WITH 75,000 MILES VAL | 7,665.00 | 7,665.00 | | 0.00 | FA |
| 23. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 24. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 25. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.01

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-16379 | TB | Judge: TIMOTHY A. BARNES | Trustee Name: | Phillip D. Levey |
| Case Name: | MEYERS, CARL T | | | Date Filed (f) or Converted (c): | 04/13/10 (f) |
| | | | | 341(a) Meeting Date: | 05/28/10 |
| | | | | Claims Bar Date: | 12/10/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 27. Estate Tax Refund (u) | 0.00 | 26.00 | | 26.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $178,431.00 | $177,457.00 | | $160,026.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hearing on Trustee's Final Report.

Initial Projected Date of Final Report (TFR): 06/30/14    Current Projected Date of Final Report (TFR): 06/30/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-16379 -TB | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MEYERS, CARL T | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******4573 Checking |
| Taxpayer ID No: | *******3273 | | |
| For Period Ending: | 10/06/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/11/13 | 20 | Philadelphia Indemnity Insurance Company | SETTLEMENT | 1249-000 | 160,000.00 | | 160,000.00 |
| 12/18/13 | 010001 | Marni Willenson | Special Counsel Fees | | | 99,971.04 | 60,028.96 |
| | | | Per Order dated December 4, 2013. | | | | |
| | | | Fees 56,000.00 | 3210-000 | | | |
| | | | Expenses 43,971.04 | 3220-000 | | | |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.43 | 59,968.53 |
| 01/17/14 | 010002 | UNITED STATES TREASURY | IMCOME TAXES - 2013 | 2810-000 | | 2,753.00 | 57,215.53 |
| | | | 2013 FORM 1041 | | | | |
| | | | FEIN 46-7173273 | | | | |
| 01/17/14 | 010003 | ILLINOIS DEPARTMENT OF REVENUE | INCOME TAXES - 2013 | 2820-000 | | 1,488.00 | 55,727.53 |
| | | | FEIN 46-7173273 | | | | |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 88.05 | 55,639.48 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.72 | 55,564.76 |
| 04/01/14 | 010004 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 13.42 | 55,551.34 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 82.61 | 55,468.73 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 79.82 | 55,388.91 |
| 06/18/14 | 27 | State of Illinois | Tax Refund | 1224-000 | 26.00 | | 55,414.91 |
| 08/20/14 | 010005 | PHILLIP D. LEVEY | Chapter 7 Compensation/Fees | 2100-000 | | 11,250.00 | 44,164.91 |
| | | 2722 NORTH RACINE AVENUE | | | | | |
| | | CHICAGO, IL 60614 | | | | | |
| 08/20/14 | 010006 | PHILLIP D. LEVEY | Chapter 7 Expenses | 2200-000 | | 77.40 | 44,087.51 |
| | | 2722 NORTH RACINE AVENUE | | | | | |
| | | CHICAGO, IL 60614 | | | | | |
| 08/20/14 | 010007 | Phillip D. Levey | Attorney for Trustee Fees (Other Fi | 3210-000 | | 12,825.00 | 31,262.51 |
| 08/20/14 | 010008 | Popowcer Katten, Ltd. | Accountant for Trustee Fees (Other | 3410-000 | | 1,004.50 | 30,258.01 |
| | | 35 East Wacker Drive | | | | | |

Page Subtotals  160,026.00  129,767.99

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-16379 -TB | |
| Case Name: | MEYERS, CARL T | |
| Taxpayer ID No: | *******3273 | |
| For Period Ending: | 10/06/14 | |

| | | |
|---|---|---|
| Trustee Name: | Phillip D. Levey | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******4573 Checking | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/20/14 | 010009 | Suite 1550<br>Chicago, IL 60601<br>Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oakbrook Terrace, IL 60181 | Claim 000001, Payment 100.00000% | 7100-000 | | 1,848.63 | 28,409.38 |
| 08/20/14 | 010010 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000002, Payment 100.00000%<br>(2-1) Unsecured Debt | 7100-000 | | 3,286.87 | 25,122.51 |
| 08/20/14 | 010011 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Claim 000003, Payment 100.00000%<br>(3-1) ilx 0367 | 7100-000 | | 17,927.52 | 7,194.99 |
| 08/20/14 | 010012 | HealthCare Associates Credit Union<br>1151 East Warrenville Road<br>Naperville, IL 60563 | Claim 000005, Payment 69.75702%<br>(5-1) Credit Card | 7200-000 | | 7,194.99 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | | 160,026.00 | 160,026.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 160,026.00 | 160,026.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 160,026.00 | 160,026.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********4573 | 160,026.00 | 160,026.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 160,026.00 | 160,026.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals    0.00    30,258.01

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-16379 -TB | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MEYERS, CARL T | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******4573  Checking |
| Taxpayer ID No: | *******3273 | | |
| For Period Ending: | 10/06/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking - ********4573 | | Transfers) | To Debtors) | On Hand |

| | | | | | |
|---|---|---|---|---|---|
| | | | Page Subtotals | 0.00 | 0.00 |

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*